### STATE OF CONNECTICUT *v.* JASON DION GASTON

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 901 (AC 27626), is denied.

*Joseph Visone*, special public defender, in support of the petition.

Decided December 14, 2007